```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 10611
    STELLA FAYNSHTEYN
    GENNADY FAYNSHTEYN                          CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

         Debtor
    SSN XXX-XX-9110     SSN XXX-XX-6668


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/14/07 and confirmed on 11/16/07.

    2.  The case was converted to Chapter 7 after confirmation, 01/06/2009.

    3.  The Debtor paid a total of $  10386.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | 27690.04 | .00 | 7886.50 |
| CHRYSLER FINANCIAL SVC A | SECURED VEHIC | .00 | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 13699.52 | .00 | .00 |
| BLOOMINGDALES | UNSECURED | 897.30 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 8550.24 | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 912.11 | .00 | .00 |
| B REAL LLC | UNSECURED | 9735.24 | .00 | .00 |
| B REAL LLC | UNSECURED | 9017.71 | .00 | .00 |
| B REAL LLC | UNSECURED | 6214.30 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1212.83 | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 11538.24 | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 285.03 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1080.00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 724.33 | .00 | .00 |
| TOYOTA MOTOR CREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 27050.92 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 6063.31 | .00 | .00 |

```
ZENITH ACQUISITION        UNSECURED       NOT FILED              .00             .00
CERTIFIED SERVICES INC    UNSECURED          853.58              .00             .00
CERTIFIED SERVICES INC    UNSECURED          575.02              .00             .00
ASPIRE VISA               UNSECURED          700.50              .00             .00
      Summary of disbursements:
--------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 27690.04          .00     99110.18          .00     126800.22
PRINCIPAL PAID      7886.50          .00          .00          .00       7886.50
INTEREST PAID           .00          .00          .00          .00            .00
TOTAL PAID          7886.50          .00          .00          .00       7886.50
The Debtor's attorney, ROBERT V SCHALLER              , was allowed $   3500.00
and was paid $   1555.00   direct and $   1945.00   through the plan.

The Trustee received $     554.50 .

Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/18/09                    /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE